**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alma BORJA, Defendant–Appellant.**

**No. 11–15250
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2012.

Peter J. Sholl, Christopher Francis Murray, Robert E. O'Neill, Josephine W. Thomas, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Jorge Leon Chalela, Chalela Law Group, Tampa, FL, for Defendant–Appellant.

Alma Borja, Danbury, CT, pro se.

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Jorge Leon Chalela, appointed counsel for Alma Borja, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Borja's convictions and sentences are **AFFIRMED**.